# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02194-ZLW

MATTHEW TAZIO REDMON,

    Plaintiff,

v.

VARIOUS MEMBERS OF THE WELD COUNTY SHERIFF'S OFFICE,
MEMBERS OF THE WELD COUNTY BOARD OF COMMISSIONERS,
THE CITY OF GREELEY, CO., CITY COUNCIL MEMBERS,
JOHN COOKE, Sheriff,
RICK DILL, Chief Administrator,
STERLING GEESAMAN, Deputy Chief,
JIM HAYWARD, Investigator,
M. BRIDGES, Commander,
P. GLANZ, Commander,
F. GOMEZ, Commander,
P. GRAHAM, Commander,
J. METTINGER, Commander,
J. RODRIGUEZ, Commander,
C. RYAN, Commander,
K. SALBERG, Commander,
DAVID LONG, Commissioner,
DOUGLAS RADEMACHER, Commissioner,
ROB MASDEN, Commissioner,
WILLIAM JERKE, Commissioner,
BILL GARCIA, Commissioner,
TOM SELDERS, Mayor,
JAN BRANHAM, Councilman,
ED PHILLIPSEN, Councilman,
DON FELDHAUS, Councilman,
DEBBIE PILCH, Councilman,
CARROL MARTIN, Councilman,
PAM SHADDOCK, Councilman,
L. BARKER, Deputy Sheriff,
K. SCHUETT, Deputy Sheriff,
R. WAYMAN, Commander,
NANCY KROLL, Deputy Sheriff,
A. WALKER, Deputy Sheriff, and
A. WILLS, Deputy Sheriff,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN - 3 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's "Motion for Leave to File an Amended Complaint Caption Page" filed on January 7, 2008, is DENIED because this action was dismissed by order filed on December 19, 2007.

Dated: January 8, 2008

Copies of this Minute Order were mailed on January 8, 2008, to the following:

Matthew T. Redmon
Jefferson County Jail
PO Box 16700
Golden, CO 80402

_____
Secretary/Deputy Clerk